IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENTREPRENEUR MEDIA, INC.,

    Plaintiff,                        No. MISC. S-10-55 JAM EFB

    vs.

SCOTT SMITH dba ENTREPRENEURPR,

    Defendant.                      ORDER

_____/

      On November 30, 2011, the court heard (1) plaintiff's motion to compel defendant to submit all papers, pleadings, and other matters sought to be filed, for approval by a judge or magistrate judge as a condition of filing and service thereof, Dckt. No. 87; (2) defendant's emergency motion to extend time to respond to plaintiff's order to appear for the November 30, 2011 judgment debtor examination and produce documents responsive to plaintiff's subpoena duces tecum, Dckt. No. 92; and (3) plaintiff's application for an order to show cause why a permanent prefiling order should not be issued and for an order disentitling defendant from filing any opposition to any post-judgment remedies sought by plaintiff, Dckt. No. 93.  Attorney David J. Cook appeared on behalf of plaintiff; defendant appeared pro se.

////

////

1

1   For the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

2   1. Plaintiff's motion to compel defendant to submit all papers, pleadings, and other matters sought to be filed, for approval by a judge or magistrate judge as a condition of filing and service thereof, Dckt. No. 87, is denied;

2. Defendant's emergency motion to extend time, Dckt. No. 92, is denied; and

3. Plaintiff's application for an order to show cause why a permanent prefiling order should not be issued and for an order disentitling defendant from filing any opposition to any post-judgment remedies sought by plaintiff, Dckt. No. 93, is denied.

SO ORDERED.

DATED: December 1, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2