IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENTREPRENEUR MEDIA, INC.,

    Plaintiff,　　　　　　　　　　　No. MISC. S-10-55 JAM EFB

    vs.

SCOTT SMITH dba ENTREPRENEURPR,

    Defendant.　　　　　　　　　　　<u>ORDER</u>
_____/

    This miscellaneous action, in which defendant is *pro se*, was referred to the undersigned under Eastern District of California Local Rule 302(a).  On March 7, 2012, the court heard judgment creditor and plaintiff Entrepreneur Media, Inc.'s ("EMI") motion for assignment of rights, a restraining order, and turnover order, Dckt. No. 79, as well as Smith's counter-motion for sanctions, Dckt. No. 110.  Attorney David Cook appeared at the hearing on behalf of EMI; defendant Scott Smith appeared pro se.  As stated on the record, and for the reasons stated on the record, both motions are denied.

    SO ORDERED.

DATED:  March 12, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE