1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    ENTREPRENEUR MEDIA, INC.,          No.  2:10-mc-55 JAM-EFB

12             Plaintiff,

13        v.                             **ORDER DENYING DEFENDANT'S MOTION**
                                         **FOR RECONSIDERATION**
14    SCOTT SMITH dba ENTREPRENEUR,

15             Defendant.

16

17        This matter is before the Court on Defendant Scott Smith's

18   ("Defendant") Motion for Reconsideration by the District Court of

19   the Magistrate Judge's Ruling (Doc. #163).[1]  Plaintiff

20   Entrepreneur Media, Inc. ("Plaintiff") did not file an

21   opposition.  For the reasons set forth below, Defendant's motion

22   is DENIED.

23

24        I.   FACTUAL ALLEGATIONS AND PROCEDURAL BACKGROUND

25        Defendant is a judgment debtor of Plaintiff.  On August 26,

26

27   ───────────────────
     [1] This motion was determined to be suitable for decision without
     oral argument.  E.D. Cal. L.R. 303(e).  No hearing was
28   scheduled.

                                    1

1  2013, Plaintiff moved to compel further responses to discovery

2  (Doc. #150).  Defendant opposed the motion, in part, because

3  Plaintiff failed to comply with Local Rule 251(b), which requires

4  parties to meet and confer and create a Joint Statement Re:

5  Discovery Disagreement prior to filing a motion regarding

6  discovery (Doc. #154).  On November 26, 2013, the Magistrate

7  Judge granted in part and denied in part Plaintiff's Motion to

8  Compel (Doc. #162).  The Magistrate Judge did not address

9  Defendant's Local Rule 251(b) argument.  Defendant seeks

10 reconsideration of the Magistrate Judge's order (Doc. #163).

11

12                          II.   OPINION

13     A.   Legal Standard

14     The standard for a Motion for Reconsideration is governed by

15 28 U.S.C. § 636(b) and Local Rule 303.  The district court "may

16 reconsider any pretrial matter . . . where it has been shown that

17 the magistrate judge's order is clearly erroneous or contrary to

18 law."  28 U.S.C. § 363(b)(1)(A); E.D. Cal. L. R. 303(f).  The

19 standard of review under § 636(b)(1)(A) is highly deferential;

20 see United States v. Abonce-Barrera, 257 F.3d 959, 968-69 (9th

21 Cir. 2001), and does not permit the reviewing court to substitute

22 its own judgment for that of the magistrate judge's.  Grimes v.

23 City & County of San Francisco, 951 F.2d 236, 241 (9th Cir.

24 1991).

25     B.   Discussion

26     Defendant argues that the Magistrate Judge clearly erred by

27 failing to apply Local Rule 251(b) even though Plaintiff did not

28 comply with the rule.  Although parties are bound by the Local

2

1  Rules, the Court is not.  Compare L.R. 110 (sanctions for

2  noncompliance with the Rules) with L.R. 102(d)(discretion of the

3  Court).  Local Rule 102 provides that "[u]nless contrary to law,

4  the Court in its discretion may make such orders supplementary or

5  contrary to the provisions of these Rules as it may deem

6  appropriate and in the interests of justice and case management

7  under Fed. R. Civ. P. 16 or Fed. R. Crim. P. 17.1 in a special

8  circumstance."  L.R. 102(d).  Therefore, it was within the

9  Magistrate Judge's discretion not to apply Local Rule 251(b).

10     Accordingly, Defendant has not demonstrated that the

11  Magistrate Judge's ruling is "clearly erroneous or contrary to

12  law."

13

14             III.   ORDER

15     For the reasons set forth above, the Court DENIES

16  Defendant's Motion for Reconsideration of the Magistrate Judge's

17  Ruling.

18     IT IS SO ORDERED.

19  Dated:  January 10, 2014

20

21                        JOHN A. MENDEZ,
                            UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28