FILED

DEC 01 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California Corporation,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>SCOTT SMITH, DBA EntrepreneurPR,<br><br>　　　　Defendant - Appellant. | No. 14-15332<br><br>D.C. No. 2:10-mc-00055-JAM-EFB<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: GOODWIN, RAWLINSON, and IKUTA, Circuit Judges.

Appellee's opposed motion to dismiss this appeal for lack of jurisdiction is granted. *See Richmark Corp. v. Timber Falling Consultants, Inc.*, 937 F.2d 1444, 1449 (9th Cir. 1991) (order granting post-judgment motion to compel discovery is not appealable until a contempt citation issues).

All other pending motions are denied as moot.

**DISMISSED.**

hmb/MOATT