UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>SCOTT SMITH d.b.a. ENTREPRENEUR,<br><br>            Defendant. | CASE NO. 2:10-mc-00055-JAM-EFB<br><br>ORDER TO CONTINUE HEARING FOR ORDER TO SHOW CAUSE RE CONTEMPT |

Based upon the ex parte application to continue hearing for order to show cause and all supporting documents thereof, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the hearing on the order to show cause re contempt shall be continued from January 28, 2015 at 10:00 a.m., in Courtroom 8, before the Honorable Edmund F. Brennan, Magistrate Judge of the United States District Court, to January \_\_\_\_, 2015 at 10:00 a.m., in Courtroom 8, before the Honorable Edmund G. Brennan, at the courthouse located at 501 "I" Street, Sacramento, CA 95814.

IT IS FURTHER ORDERED that Plaintiff shall make service upon Scott Smith, either personally or electronically, on or before January \_\_\_, 2015 in that any response or opposition to

///

///

1 | the order to show cause shall be filed no later than January ___, 2015 and any reply by no later
2 | than January ___, 2015.

4 | DATED: January ___, 2015

_____
Edmund F. Brennan, Magistrate Judge of the
United States District Court