UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCOTT SMITH d.b.a. ENTREPRENEUR,<br><br>　　　　Defendant. | CASE NO. 2:10-mc-00055-JAM-EFB<br><br>ORDER TO CONTINUE HEARING FOR ORDER TO SHOW CAUSE RE CONTEMPT |

Based upon the ex parte application to continue hearing for order to show cause and all supporting documents thereof, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the hearing on the order to show cause re contempt shall be continued from January 28, 2015 at 10:00 a.m., to February 11, 2015 at 10:00 a.m., in Courtroom No. 8, before the Honorable Edmund F. Brennan, at the courthouse located at 501 "I" Street, Sacramento, CA 95814. Defendant shall file a response to plaintiff's motion on or before January 14, 2015. Plaintiff's reply, if any, shall be filed on or before January 21, 2015.

DATED: January 5, 2015.

　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER TO CONTINUE HEARING FOR ORDER SHOW CAUSE RE CONTEMPT
CASE NO. 2:10-mc-00055-JAM-EFB