UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT SMITH dba ENTREPRENEUR,<br><br>    Defendant. | No. 2:10-mc-55-JAM-EFB<br><br><br>ORDER |

Pending before the court is plaintiff's ex parte application for issuance of an order to show cause re contempt (ECF No. No. 170), which is currently set for hearing on February 11, 2015. ECF No. 174. On February 4, 2015, defendant filed an ex parte application to continue the hearing. ECF No. 177. Defendant's counsel requests that the hearing be continued for at least forty-five days due to the recent and unexpected death of his father. While the court rejects the characterizations in paragraphs 15 and 16 of counsel's declaration (ECF No. 177-1), the court will grant in part the request to continue the hearing.

Accordingly, the hearing on plaintiff's ex parte application for issuance of an order to show cause re contempt is continued to March 11, 2015 at 10:00 a.m., in Courtroom No. 8. Defendant Scott Smith shall personally appear at the March 11, 2015 hearing.

SO ORDERED.

DATED: February 9, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE