1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **COOK COLLECTION ATTORNEYS**
2  **A PROFESSIONAL LAW CORPORATION**
   165 Fell Street, San Francisco, CA  94102-5106
3  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
4  Tel.: (415) 989-4730
   Fax: (415) 989-0491
5  Email: Cook@SqueezeBloodFromTurnip.com
   File No. 54,749
6
   Attorneys for Plaintiff
7  ENTREPRENEUR MEDIA, INC., a California corporation

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11
   ENTREPRENEUR MEDIA, INC., a      )  CASE NO.  2:10-mc-00055-JAM-EFB
12 California corporation,          )
                                    )  NOTICE OF FILING DOCUMENTS
13           Plaintiff,             )  PRODUCED AT HEARING ON EX PARTE
                                    )  APPLICATION FOR ISSUANCE OF ORDER
14 vs.                              )  TO SHOW CAUSE RE CONTEMPT UNDER
                                    )  18 USC § 401 ET SEQ. AND FRCP 37(b)(2)(A)
15 SCOTT SMITH d.b.a.               )
   ENTREPRENEUR,                    )  Date:   March 11, 2015
16                                  )  Time:   10:00 a.m.
             Defendant.             )  Courtroom: 8, 13th Floor
17 _____  )  Magistrate Judge: Edmund F. Brennan

18
19     Attached hereto are the documents produced at the above-entitled hearing:

20     NO. 1 - Any and all of YOUR federal and state income tax returns, commencing for the
       tax years of 1008 to date hereof.

21     **Documents produced:  No documents.**

22     NO. 2 - Any and all statements of account(s) of any type or nature, of the account with
       PayPal, Bank of America, and/or any and all other financial institutions, or any one of the
23     same, no matter where located, for the years of 2010 to date hereof ("TIME PERIOD").
       The statement of account(s) shall include copies of all deposits and receipts, copies of all
24     checks as paid therefrom, wire transfer, credit card entries, credit card disbursements, and
       all other items that appear thereunder.
25
       **Documents produced: Copies of check receipts - 3 pages; cover letter from Bank of**
26     **America re subpoenaed documents; Bank of America login page.**

27     NO. 3 - Any and all books, letters, papers, files, or documents ("DOCUMENTS") which
       show any wire transfer, electronic distribution and/or transmission of funds, purchase of
28     debit cards, acquisition and use of any online digital banking services, such as Bitcoin,

and/or any and all other papers which show any account in YOUR name, and moreover, any account by any entity, including any digital entity, for the TIME PERIOD.

**Documents produced:  No documents.**

NO. 4 - Any and all statements of account(s) by any and all credit card companies, including American Express, VISA, MasterCard, or any financial institution issuing any credit card, whether under the name of AmeriCard, or otherwise.

**Documents produced:  No documents.**

NO. 5 - Any and all credit cards issued by Discover Card, or the like, for statements of the TIME PERIOD. These include the entire statements and copies of any ancillary transfers thereunder.

**Documents produced:  No documents.**

NO. 6 - Any and all email communications of any type or nature, by and between YOURSELF and PayPal, Bank of America, or any other person holding an account for YOURSELF for the TIME PERIOD.

**Documents produced:  No documents.**

NO. 7 - Any and all records of any type or nature, including email transmissions, by and between YOURSELF and GoDaddy.  This includes, but is not limited to, all applications, any domain names, all contracts, agreements, and other memoranda, by and between YOURSELF and GoDaddy.

**Documents produced:  No documents.**

NO. 8 - Any and all DOCUMENTS which show any written communications by and between YOURSELF and GoDaddy, and communications with third parties which provide for the sale, directly or indirectly, of domain names.

**Documents produced:  No documents.**

NO. 9 - Any and all DOCUMENTS which indicate the sale, directly or indirectly, of domain names, or any type of digital track which show the receipt of money arising out of the sale of domain names, or the like, for the TIME PERIOD.

**Documents produced:  No documents.**

NO. 10 - Any and all DOCUMENTS which evidence the receipt of any income from January 1, 2011 to date hereof.

**Documents produced:  No documents.**

NO. 11 - Any and all DOCUMENTS which reflect any transactions in which SMITH received income, by cash, barter, property, exchange, or the rendition of services for and on his behalf, as income revenue, profits or proceeds.

**Documents produced:  No documents.**

NO. 12 - Any and all emails with any person seeking to solicit business of any type or nature for the TIME PERIOD.

**Documents produced: No documents.**

NO. 13 - Any and all DOCUMENTS which constitute a list of all domain names in YOUR name, or any nominee, assignee, transferee, or third party who holds the domain names for and on behalf of and for the benefit of YOURSELF. This includes any domain names that were once in YOUR name and that YOU transferred to any other entity who holds those domain names on YOUR behalf, including all transfers to any entity under the control of GoDaddy, or any of its subsidiaries of affiliates.

**Documents Produced: 1-page of domain names.**

DATED:  March 11, 2015                    COOK COLLECTION ATTORNEYS

By:  ___/s/ David J. Cook_____
DAVID J. COOK, ESQ. (SBN 060859)
Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC.

F:\USERS\DJCNEW\scott smith.ed notice of filing

NOTICE OF FILING DOCUMENTS PRODUCTED AT EX PARTE APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE CONTEMPT UNDER 18 USC § 401 ET SEQ. AND FRCP 37(b)(2)(A)
CASE NO.  2:10-mc-00055-JAM-EFB

# No. 1

**Any and all of YOUR federal and state income tax returns, commencing for the tax years of 2008 to date hereof.**

# No. 2

Any and all statements of account(s) of any type or nature, of the account with PayPal, Bank of America, and/or any and all other financial institutions, or any one of the same, no matter where located, for the years of 2010 to date hereof ("TIME PERIOD"). The statement of account(s) shall include copies of all deposits and receipts, copies of all checks as paid therefrom, wire transfers, credit card entries, credit card disbursements, and all other items that appear thereunder.

CHECK HERE IF TAX DEDUCTIBLE ITEM ☐
**BIZ STARZ**
5714 FOLSOM BLVD STE NO. 140 (916) 453-8611
SACRAMENTO, CA  95819

5594

12-21-10

*Sacramento Mag*

*nine and 95/100*

Bank of America
Campus Commons
9 Parkcenter Dr
Sacramento CA
916.373.6920

NOT NEGOTIABLE

---



Job # 4253

CHECK HERE IF TAX DEDUCTIBLE ITEM ☐
**BIZ STARZ**
5714 FOLSOM BLVD STE NO. 140 (916) 453-8611
SACRAMENTO, CA  95819

5595

PETRILLA REPORTING

*thirty-one and 50/100*

Bank of America
Campus Commons
9 Parkcenter Dr
Sacramento CA
916.373.6920

NOT NEGOTIABLE

---



Case # 2:10-mc-00055-JAM-EFB

CHECK HERE IF TAX DEDUCTIBLE ITEM ☐
**BIZ STARZ**
5714 FOLSOM BLVD STE NO. 140 (916) 453-8611
SACRAMENTO, CA  95819

5596

28, 2011

PETRILLA REPORTING

77.25

*seventy-seven and 25/100*

Bank of America
Campus Commons
9 Parkcenter Dr
Sacramento CA
916.373.6920

Nov 30, 11 HEARING

NOT NEGOTIABLE

**BIZ STARZ**
5714 FOLSOM BLVD STE NO. 140 (916) 453-8611
SACRAMENTO, CA 95819

CHECK HERE IF TAX DEDUCTIBLE ITEM ☐

$ _____   5597

FEB 1/16

LAST CHANCE FOR ANIMALS

ten and 00/100

**Bank of America**
Campus Commons
9 Parkcenter Dr
Sacramento CA
916.373.8920

DONATION

NOT NEGOTIABLE

---

**BIZ STARZ**
5714 FOLSOM BLVD STE NO. 140 (916) 453-8611
SACRAMENTO, CA 95819

CHECK HERE IF TAX DEDUCTIBLE ITEM ☐

$ _____   5598

PETRILLA REPORTING

fifteen and 60/100

**Bank of America**
Campus Commons
9 Parkcenter Dr
Sacramento CA
916.373.8920

JOB # 4573 TRANSCRIPT

NOT NEGOTIABLE

---

**BIZ STARZ**
5714 FOLSOM BLVD STE NO. 140 (916) 453-8611
SACRAMENTO, CA 95819

CASE #2:12-CV-0415

CHECK HERE IF TAX DEDUCTIBLE ITEM ☐

$ _____   5599

FEB 24 2012

Orange County Sheriff's Dept

thirty-five and 00/100

**Bank of America**
Campus Commons
9 Parkcenter Dr
Sacramento CA
916.373.8920

EMI SERVICE

NOT NEGOTIABLE

CHECK HERE IF TAX DEDUCTIBLE ITEM

**BIZ STARZ** *Case # 2:12-cv-02184. Biz - Inc* 5600
5714 FOLSOM BLVD STE NO. 140 (916) 453-8611
SACRAMENTO, CA  95819

FEI

PETRILLA REPORTING

One hundred twenty-one and 1/10

Bank of America

Campus Commons
0 Parkcenter DR
Sacramento CA
916.379.6920

Sm. 114 vs. GM
Motion Hearing 1/23/13

**NOT NEGOTIABLE**

---

CHECK HERE IF TAX DEDUCTIBLE ITEM

**BIZ STARZ** $ 5601
5714 FOLSOM BLVD STE NO. 140 (916) 453-8611
SACRAMENTO, CA  95819

BAL. FOR'D
THIS PAYMENT
BALANCE
OTHER
BAL. FOR'D

Bank of America

Campus Commons
0 Parkcenter Dr
Sacramento CA
916.379.6920

**NOT NEGOTIABLE**

---

CHECK HERE IF TAX DEDUCTIBLE ITEM

**BIZ STARZ** $ 5602
5714 FOLSOM BLVD STE NO. 140 (916) 453-8611
SACRAMENTO, CA  95819

VOID

BAL. FOR'D
THIS PAYMENT
BALANCE
OTHER
BAL. FOR'D

Bank of America

Campus Commons
0 Parkcenter Dr
Sacramento CA
916.379.6920

**NOT NEGOTIABLE**

Bank of America
Legal Order Processing
CA9-705-05-19
P.O BOX 3609
Los Angeles, CA  90051

November 28, 2011

COOK COLLECTION ATTORNEYS, P.L.C.
DAVID J. COOK
165 FELL STREET
SAN FRANCISCO, CA  94104

RE: Reference # L112111000449
Case: Entrepreneur Media, Inc. vs Scott Smith
Name:
Date Served: September 27, 2011

I, Jennifer Long, declare that I am employed by Bank of America N.A. in the subpoena processing
department and the Bank's designated duly authorized Custodian of Records for documents and/or
Information produced under the referenced legal order. The Bank reserves the right to designate another
Custodian as it deems appropriate in the event an actual appearance is required concerning the records
produced herein. I certify the authenticity of the records produced herewith and that they were:

> a) Made at or near the time of the occurrence, condition or event of the matters set
>    forth by, or from information transmitted by, a person with knowledge of those
>    matters.
>
> b) Kept in the course of regularly conducted activity.
>
> c) Made by the regularly conducted activity as a regular practice, by the personnel of
>    the business.

The identity of the records produced is as follows. Statements, Checks, Deposits, Offsets.

The enclosed records are true copies of bank records in the custodian's possession as described in the
referenced legal order. I am familiar with the mode of preparation of the enclosed records and they are
prepared as follows:

CHECKS: the checks drawn on the customer's account were presented to the Bank. While processing the item, an
image of the front and back of the item was taken in the sequence the item was processed. The Bank stored the
image in a secure environment. In response to this subpoena/legal order, the Bank retrieved and produced an image
of the check.

STATEMENTS: Each statement was prepared after the closing date of the account cycle as indicated on the
statement. The statement reflects debits (from checks, point of sale, ATM and teller withdrawals, fees, etc.) and
credits (deposits, etc) to the account during the period covered by the statement.

DEPOSITS: Deposits are processed by the Bank at a central processing center. When the transaction
was processed, a microfilm image of the front and back of the item was taken in the sequence the
transaction was processed. The Bank stored the microfilm in a secure facility. In response to this
subpoena/legal order, the Bank retrieved the microfilm reel and produced an image of the item.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28 day of
November, 2011 in the city of Los Angeles, in the State of CA.

Should you need to forward any additional correspondence to us regarding this matter, please direct it to the address noted above. When contacting the Bank regarding this Subpoena, please use the Reference # L112111000449.

Jennifer Long
Officer; Operations Team Lead
CA -Legal Order Processing
213-580-0701
5aub

05-17-1486B  05-2010

 **Bank of America** | Sign In

🔒 Secure Area | En Español

## Your Online ID

 There are no open accounts for this Online ID. We are unable to service your request. If you need further assistance you can call 800.933.6262.

Sign in using your Online ID



[ Sign in ]

**Quick help module**

▸ Where do I enter my Passcode

▸ Forgot or need help with my Online ID

**Not using Online Banking?**

Enroll now

Learn more about Online Banking

Service Agreement

🔒 Secure area
Privacy & Security
Bank of America, N.A. Member FDIC. Equal Housing Lender. ⌂
© 2015 Bank of America Corporation. All rights reserved.

# No. 3

Any and all books, letters, papers, files, or documents ("DOCUMENTS") which show any wire transfer, electronic distribution and/or transmission of funds, purchase of debit cards, acquisition and use of any online digital banking services, such as Bitcoin, and/or any and all other papers which show any account in YOUR name, and moreover, any account by any entity, including any digital entity, for the TIME PERIOD.

# No. 4

Any and all statements of account(s) by any and all credit card companies, including American Express, VISA, MasterCard, or any financial institution issuing any credit card, whether under the name of AmeriCard, or otherwise.

# No. 5

Any and all credit cards issued by Discover Card, or the like, for statements of the TIME PERIOD. These include the entire statements and copies of any ancillary transfers thereunder.

# No. 6

Any and all email communications of any type or nature, by and between YOURSELF and PayPal, Bank of America, or any other person holding an account for YOURSELF for the TIME PERIOD.

# No. 7

Any and all records of any type or nature, including email transmissions, by and between YOURSELF and GoDaddy. This includes, but is not limited to, all applications, any domain names, all contracts, agreements, and other memoranda, by and between YOURSELF and GoDaddy.

# No. 8

Any and all DOCUMENTS which show any written communications by and between YOURSELF and GoDaddy, and communications with third parties which provide for the sale, directly or indirectly, of domain names.

# No. 9

Any and all DOCUMENTS which indicate the sale, directly or indirectly, of domain names, or any type of digital track which show the receipt of money arising out of the sale of domain names, or the like, for the TIME PERIOD.

# No. 10

**Any and all DOCUMENTS which evidence the receipt of any income from January 1, 2011 to date hereof.**

# No. 11
**Any and all DOCUMENTS which reflect any transactions in which SMITH received income, by cash, barter, property, exchange, or the rendition of services for and on his behalf, as income revenue, profits or proceeds.**

# No. 12

**Any and all emails with any person seeking to solicit business of any type or nature for the TIME PERIOD.**

# No. 13

Any and all DOCUMENTS which constitute a list of all domain names in YOUR name, or any nominee, assignee, transferee, or third party who holds the domain names for and on behalf of and for the benefit of YOURSELF. This includes any domain names that were once in YOUR name and that YOU transferred to any other entity who holds those domain names on YOUR behalf, including all transfers to any entity under the control of GoDaddy, or any of its subsidiaries of affiliates.

BARKLEYBEAGLE.COM
BIZSTARZ.COM
BRANDLARCENY.COM
COOKLEGALSERVICES.INFO
ENTREPRENEURAGENCY.COM
ENTREPRENEURBEER.COM
ENTREPRENEURBOWL.COM
ENTREPRENEURCITY.COM
ENTREPRENEURCOALITION.COM
ENTREPRENEURCUP.COM
ENTREPRENEURDAY.COM
ENTREPRENEUREUROPE.COM
ENTREPRENEUREXPO.BIZ
ENTREPRENEUREXPO.NET
ENTREPRENEURFIELD.COM
ENTREPRENEURFOUNDATION.COM
ENTREPRENEURGEAR.COM
ENTREPRENEURHALL.COM
ENTREPRENEURJOURNAL.COM
ENTREPRENEURMALL.COM
ENTREPRENEURMAN.COM
ENTREPRENEURPLANET.COM
ENTREPRENEURPR.COM
ENTREPRENEURSDAY.COM
ENTREPRENEURSUCKS.COM
ENTREPRENEURTEAM.COM
ENTREPRENEUR-TV.COM
ENTREPRENEURVOICE.COM
ENTREPRENEURWARS.COM
ENTREPRENEURWEAR.COM
ENTREPRENEURWINE.COM
ENTREPRENEURZ.COM
FLOYDSMITH.COM
GOLFINGMAG.COM
ICONPUB.COM
INVENTORPR.COM
IPCOALITION.COM
PRTEMPS.COM
SAVEOURWORDS.COM
SMALLBIZCITY.COM
SMALLBIZPR.COM
SMALLBUSINESSEXPO.INFO
SMALLBUSINESSEXPOSE.INFO
SMITTAY.COM
SQUARESPACESUCKS.COM
SQUEEZEBLOODFROMATURNIP.INFO
TEAMENTREPRENEUR.COM
USAPPELLATELAW.COM

1       **PROOF OF SERVICE**

2    SEE COURT'S DOCKET SHEET

3            I declare:

4            I am employed in the County of San Francisco, California. I am over the age of eighteen
     (18) years and not a party to the within cause. My business address is 165 Fell Street, San
5    Francisco, CA 94102. On the date set forth below, I served the attached:

6            NOTICE OF FILING DOCUMENTS PRODUCED AT HEARING ON EX PARTE
             APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE CONTEMPT
7            UNDER 18 USC § 401 ET SEQ. AND FRCP 37(b)(2)(A)

8    on the above-named persons by:

9      __XXX__  Via the court's ECF notification system.

10           I declare under penalty of perjury that the foregoing is true and correct.

11           Executed on March 11, 2015.

12
                                              __/s/__David J. Cook_____
13                                            DAVID J. COOK, ESQ. (SBN 060859)

14

15                                                          .

16

17

18

19

20

21

22

23

24

25

26

27

28