1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ENTREPRENEUR MEDIA, INC.,                    No.  2:10-mc-55-JAM-EFB

12                    Plaintiff,

13          v.                                     ORDER

14   SCOTT SMITH,

15                    Defendant.

16

17          On June 22, 2015, the magistrate judge filed findings and recommendations herein which

18   were served on the parties and which contained notice that any objections to the findings and

19   recommendations were to be filed within fourteen days.  Defendant filed objections on July 6,

20   2015, and plaintiff filed a response thereto on July 7, 2015.  Those filings were considered by the

21   undersigned.

22          This court reviews de novo those portions of the proposed findings of fact to which

23   objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore

24   Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As

25   to any portion of the proposed findings of fact to which no objection has been made, the court

26   assumes its correctness and decides the motions on the applicable law.  See Orand v. United

27   States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

28   reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

1

1    The court has reviewed the applicable legal standards and, good cause appearing,

2  concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

3  Accordingly, IT IS ORDERED that:

4    1.  The proposed findings and recommendations filed June 22, 2015, are ADOPTED; and

5    2.  Defendant Scott Smith is ordered to appear before the undersigned on **July 29, 2015 at**

6  **9:30 a.m. in Courtroom #6** to show cause why Smith should not be found in civil contempt

7  until he fully complies with the magistrate judge's November 26, 2013 order.

8  DATED:  July 10, 2015

9                                              /s/ John A. Mendez_____

10                                             UNITED STATES DISTRICT COURT JUDGE

2