UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 14 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California Corporation,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>SCOTT SMITH, DBA EntrepreneurPR,<br><br>    Defendant - Appellant. | No. 15-16562<br><br>D.C. No. 2:10-mc-00055-JAM-EFB<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

  The judgment of this Court, entered November 19, 2015, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:
            Molly C. Dwyer
            Clerk of Court

            Synitha Walker
            Deputy Clerk

FILED

NOV 19 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California Corporation,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>SCOTT SMITH, DBA EntrepreneurPR,<br><br>    Defendant - Appellant. | No. 15-16562<br><br>D.C. No. 2:10-mc-00055-JAM-EFB<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: W. FLETCHER, N.R. SMITH, and OWENS, Circuit Judges.

We have considered the responses to the August 20, 2015 order to show cause, and we dismiss this appeal for lack of jurisdiction. *See SEC v. Hickey*, 322 F.3d 1123, 1127-28 (9th Cir. 2003), amended by 335 F.3d 834 (9th Cir. 2003) (dismissing for lack of jurisdiction because the appeal was filed before the period of time to purge contempt had expired, and finding the appeal was moot where appellant had since purged himself of the contempt).

**DISMISSED.**

SL/MOATT